# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| Helen Shirley, Anisha Hendricks, Cristel Rodriguez, Josie Barnes, Arleen Miller, and Rosalba Estevez, Isidore Jules, John Sonson, and Virginie George, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Limetree Bay Ventures, LLC, Limetree Bay Terminals, LLC, and Limetree Bay Refining, LLC,<br><br>Defendants. | CIVIL NO. 1:21-cv-259 |

## NOTICE TO THE COURT
## RE: CONTINUATION OF STAY OF VIRGIN ISLANDS CLASS ACTION SUITS

Defendant Limetree Bay Refining, LLC, by undersigned counsel, respectfully notifies the Court of the extension of the temporary stay in the above-entitled matter pursuant to the following filing in the matter of *In Re: Limetree Bay Services, LLC, et al.,* Case No. 21-32351, *Limetree Bay Refining, LLC v. Cotton, et al.,* Adv. Pro 21-3791, in the United States Bankruptcy Court for The Southern District of Texas, Houston Division:

1. Stipulation And Agreed Order Among The Debtor, The Official Committee Of Unsecured Creditors, And Certain Class Action Plaintiffs.  **Exhibit A.**

Respectfully submitted,

|  |  |  |
|---|---|---|
|  |  | **BECKSTEDT & KUCZYNSKI LLP**<br>Attorneys for Limetree Bay Refining, LLC<br>2162 Church Street<br>Christiansted, St. Croix<br>U.S. Virgin Islands 00820<br>Tel: (340) 719-8086 / Fax: (800) 886-6831 |
| DATED: August 16, 2021 | By: | s/ Carl A. Beckstedt III, Esq.<br>Carl A. Beckstedt III, Esq.<br>VI Bar No. 684<br>carl@beckstedtlaw.com |

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this August 16, 2021, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing through the Notice of Electronic Filing to all parties through their counsel of record.

                                                                             s/ Carl A. Beckstedt III