United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 10, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br>**LIMETREE BAY SERVICES, LLC,** *et al.*,[1]<br>Debtors. | **CHAPTER 11**<br>**CASE NO.: 21-32351**<br>**(Jointly Administered)** |
| **LIMETREE BAY REFINING, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**BEECHER COTTON, PAMELA COLON, SIRDINA ISAAC-JOSEPH, ESTHER CLIFFORD, SYLVIA BROWNE, ALVINA JEAN-MARIE ILARRAZA, FRANCIS E. CHARLES, THERESA J. CHARLES, HELEN SHIRLEY, ANISHA HENDRICKS, CRISTEL RODRIGUEZ, JOSIE BARNES, ARLEEN MILLER, ROSALBA ESTEVEZ, ISIDORE JULES, JOHN SONSON, VIRGINIE GEORGE, CLIFFORD BOYNES, CHRISTOPHER CHRISTIAN, MARGARET THOMPSON, DELIA ALMESTICA, CARLOS CHRISTIAN, ANNA REXACH-CONSTANTINE, MERVYN CONSTANTINE, NEAL DAVIS, EDNA SANTIAGO, GUIDRYCIA WELLS, O'SHAY WELLS, AARON G. MAYNARD, VERNE MCSWEEN, ROCHELLE GOMEZ, MYRNA MATHURIN, JOAN MATHURIN, LEOBA JOHN BAPTISTE, WARRINGTON CHAPMAN, AND ANNE MARIE JOHN BAPTISTE,**<br><br>Defendants. | **Adv. Pro. 21-03791** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

## STIPULATION AND AGREED ORDER AMONG THE
## DEBTOR, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND CERTAIN CLASS ACTION PLAINTIFFS

Limetree Bay Refining, LLC (the "**Limetree Refining**," or the "**Debtor**"), the Official Committee of Unsecured Creditors (the "**Committee**"), and the plaintiffs in *Cotton v. Limetree Bay Ventures, LLC,* Case No. 1:21-cv-00261 (D.V.I.) (the "***Cotton* Plaintiffs**"), *Shirley v. Limetree Bay Ventures LLC*, Case No. 1:21-cv-00259 (D.V.I.) (the "***Shirley* Plaintiffs**"), and *Boynes v. Limetree Bay Ventures, LLC,* Case No. 1:21-cv-00253 (D.V.I.) (the "***Boynes* Plaintiffs**" and, together with the *Shirley* Plaintiffs, the *Cotton* Plaintiffs, the Committee and the Debtor, the "**Parties**") hereby enter into this stipulation and agreed order (this "**Stipulation and Agreed Order**") as follows:

**WHEREAS,** the counsel in *Cotton v. Limetree Bay Ventures, LLC,* Case No. 1:21-cv-00261 (D.V.I.) (the "***Cotton* Class Action**") currently represents in excess of 1,000 members of the putative class, counsel in the *Shirley v. Limetree Bay Ventures LLC*, Case No. 1:21-cv-00259 (D.V.I.) (the "***Shirley* Class Action**") currently represents in excess of 1,300 members of the putative class, and counsel in *Boynes v. Limetree Bay Ventures, LLC,* Case No. 1:21-cv-00253 (D.V.I.) (the "***Boynes* Class Action**") represent numerous named putative class members in the class action in the District Court of the Virgin Islands, St. Croix;

**WHEREAS,** on July 26, 2021, the Debtor commenced the above-captioned adversary proceeding against plaintiffs in the *Cotton* Class Action, the *Shirley* Class Action, the *Boynes* Class Action, and *Charles v. Limetree Bay Ventures*, LLC, 1:21-cv-00260 (D.V.I.) (the "***Charles* Class Action,**" and together with the *Cotton* Class Action, the *Shirley* Class Action, the *Boynes* Class Action, the "**Class Actions**") and filed the *Motion for Preliminary Injunction, Emergency Motion to Extend the Automatic Stay and, Additionally or in the Alternative, Grant Preliminary*

2

*Injunctive Relief, Halting the Prosecution of the Class Action Against Debtor and Non-Debtor Defendants* [Dkt. No. 2] (the "**Motion**");

**WHEREAS,** on July 26, 2021, the Court issued a Temporary Restraining Order under Fed. R. Civ. P. 65 (b)(1) and ordered a temporary extension of the bankruptcy stay to Limetree Bay Ventures, LLC, Limetree Bay Terminals LLC, Arclight Capital Partners LLC, Freepoint Commodities, LLC, EIG Global Energy Partners, LLC, and BP Products North America (collectively, the "**Non-Debtor Defendants**") in the Class Actions for 14 days and ordering briefing regarding additional relief [Dkt. No. 3];

**WHEREAS**, on August 3, 2021, the *Cotton* Plaintiffs, the *Shirley Plaintiffs*, and the *Boynes* Plaintiffs filed oppositions to additional relief with supporting evidence [Dkt. Nos. 8-30];

**WHEREAS**, the plaintiffs in the *Charles* Class Action (the "***Charles* Plaintiffs**") did not file an opposition to additional relief and are not a party to this Stipulation; and

**WHEREAS,** due to the exigency to provide certain exigent and essential health and safety issues related to the plaintiffs in the Class Actions, the Parties wish to work consensually to address the exigent needs of the residents of the U.S. Virgin Islands for access to clean water for drinking, bathing, cooking, and gardening, and the health and safety of pets and livestock (the "**Exigent Health and Safety Issues**");

**NOW THEREFORE,** in consideration of the foregoing recitals, which are incorporated into this Stipulation and Agreed Order, the Parties hereby stipulate and agree as follows:

1. For the sole purpose of facilitating a mediation to address Exigent Health and Safety Issues, the Parties will agree to a voluntary stay (the "**Voluntary Stay**"), which temporarily extends the stay of the *Cotton* Class Action, the *Shirley* Class Action and the *Boynes* Class Action against the Non-Debtor Defendants, and which shall terminate on August 30, 2021,

3

or earlier if the parties reach an impasse in the mediation described herein (the "**Termination Date**"). The Termination Date may be extended upon unanimous agreement of the Parties.

2. For 30 days following the date this Court enters this Stipulation and Agreed Order, the *Charles* Plaintiffs are stayed from prosecuting the *Charles* Class Action against the Non-Debtor Defendants.

3. The Parties respectfully request that the Honorable Marvin J. Isgur, United States Bankruptcy Judge, or if he is unavailable, another person, be appointed by the Court to assist the Negotiation Parties (as defined below), by acting as a mediator.

4. During the Voluntary Stay period, all relevant parties, in their sole and exclusive discretion, including the Debtors, the Non-Debtor Defendants, Insurance Carriers for the Debtors and the Non-Debtor Defendants, the Plaintiffs in Class Actions, and the Committee (collectively, the "**Negotiation Parties**"),[2] should interface with the mediator on an expedited schedule, and focus on the following scope (the "**Negotiation Scope**"):

    i. the scope of the immediate needs to address the Exigent Health & Safety Issues;

    ii. the necessary funding of the Exigent Health & Safety Issues; and

    iii. a mechanism to assure the appropriate performance of the efforts of all parties to address the Exigent Health & Safety Issues

---

[2] With respect to this proposal, the Parties makes the following observations and comments: (A) the term and structure of mediation is proposed, as the Parties does not currently believe that there is a dispute that the Exigent Health & Safety Issues need to be addressed, as well as the urgency thereof, but rather mediation will address (i) the scope of the remediation; (ii) how much it will cost; and (iii) who will do the work and pay for the remediation; thus, the Parties see Judge Isgur's (or another mediator) efforts to assist those parties that want to address the issues, focus the right attention and, as necessary, obtain Judge Isgur's input on possible structures that would come to bear to address the Health &Safety Issues and work as incentives to those parties that initially choose not to participate at the negotiation table and (B) the Parties are clearly cognizant that this Court does not Order parties to mediate, but rather will Order mediation if the parties agree to mediate. The Parties are hopeful that the parties before the Court will see the wisdom of mediation, rather than risking the pursuit of the Class Actions. Notwithstanding not all relevant parties' participation, the Parties do believe that even the involvement of some of the parties (such as the Debtors, the Plaintiffs, and the Committee) will move the issues forward and may result in unexpected participation by certain parties.

5. During the Voluntary Stay period, the Debtor agrees to refrain from soliciting releases from potential plaintiffs in these Class Actions.

6. Prior to the end of the Voluntary Stay period, a continued emergency hearing will be held by the Court, either to:

    i. approve any plan to address the Exigent Health & Safety Issues which has been agreed to at the mediation (the "**Plan**") or

    ii. in the event that no Plan to address the Exigent Health & Safety Issues is agreed to at the mediation, terminate the Voluntary Stay to permit the Class Actions (whether the plaintiffs in the Class Actions participate in the mediation or not) to proceed in the District Court of the Virgin Islands to address the Exigent Health & Safety Issues as against the Non-Debtor Defendants only ("**Termination**").

7. The Debtor will use best efforts to seek court approval of the Plan or Termination, as applicable, and the Committee will support those efforts.

8. All parties, including the Parties and the Non-Debtor Defendants, reserve all rights and no party waives any rights by this Stipulation.

IT IS SO ORDERED.

 Signed: August 09, 2021.

                                             **DAVID R. JONES**
                                             **UNITED STATES BANKRUPTCY JUDGE**

**STIPULATED AND AGREED TO ON THIS 9TH DAY OF AUGUST, 2021**

          **BAKER & HOSTETLER LLP**

          */s/ Elizabeth A. Green*
          **Elizabeth A. Green, Esq.**
          Fed ID No.: 903144
          **Jimmy D. Parrish, Esq.**
          Fed. ID No. 2687598
          SunTrust Center, Suite 2300
          200 South Orange Avenue
          Orlando, FL 32801-3432
          Telephone: 407.649.4000
          Facsimile: 407.841.0168
          Email: egreen@bakerlaw.com
                  jparrish@bakerlaw.com

          **BAKER & HOSTETLER LLP**
          **Jorian L. Rose, Esq.**
          N.Y. Reg. No. 2901783
          45 Rockefeller Plaza
          New York, New York
          Telephone: 212.589.4200
          Facsimile: 212.589.4201
          Email: jrose@bakerlaw.com
          *(Admitted pro hac vice)*

          *Proposed Counsel for the Debtors and Debtors in Possession*

/s/ Michael D. Warner

Michael D. Warner (TX Bar No. 00792304)
Steven W. Golden (TX Bar No.24099681)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mwarner@pszjlaw.com
Email: sgolden@pszjlaw.com

-and-

Jeffrey N. Pomerantz, Esq. (admitted pro hac vice)
Shirley S. Cho, Esq. (admitted pro hac vice)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
Email: scho@pszjlaw.com.com


and-

Robert J. Feinstein, Esq. (admitted pro hac vice)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

/s/ Joel M. Walker
Joel M. Walker
PA Bar No. 26515
jmwalker@nshmlaw.com
NYE, STIRLING, HALE & MILLER, LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243

ROHN AND ASSOCIATES, LLC
Lee J. Rohn, Esq.
Virgin Islands Bar No. 52
Texas Bar No. 1706500
Rhea R. Lawrence Esq.
Virgin Islands Bar No. 1192
U.S. Supreme Court Bar No. 292471
1108 King Street, Suite 3 (mailing)
56 King Street, 3rd Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
lee@rohnlaw.com
rhea@rohnlaw.com

BERGER MONTAGUE PC
Shanon J. Carson
scarson@bm.net
Dena Young
dyoung@bm.net
John Kerrigan
jkerrigan@bm.net
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000

BERGER MONTAGUE PC
John G. Albanese
jalbanese@bm.net
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5997

*Attorneys for Defendants Cotton, Colon, Browne, Illaraza, Clifford, Isaac-Joseph*

8

/s/ Warren T. Burns
Warren T. Burns
Daniel H. Charest
Burns Charest LLP
900 Jackson St., Suite 500
Dallas, TX 75202
P:(469) 904-4550
F: (469) 444-5002
wburns@burnscharest.com
dcharest@burnscharest.com

C. Jacob Gower
Burns Charest LLP
365 Canal Street, Ste. 1170
New Orleans, LA 70130
P: (504) 799-2845
F: (504) 881-1765
jgower@burnscharest.com

*Attorneys for Defendants Shirley, Hendricks, Rodriguez, Barnes, Miller, Estevez, Jules, Sonson, and George*

9

      /s/ Tristan Manthey

Tristan Manthey, TX. Bar No. 24042731
SDTX No. 438312
FISHMAN HAYGOOD, L.L.P.
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170-4600
Telephone: 504-586-5252
Fax: 504-586-5250
E-mail: tmanthey@fishmanhaygood.com

*Counsel for Clifford Boynes, Chris Christian, Margaret Thompson, Delia Almestica, Carlos Christian, minor child "J.M.M.," minor child "V.M.," minor child "Z.R.C.," minor child "M.M.," minor child "O.N.," Anna Rexach-Constantine, Mervyn Constantine, Neal Davis, Edna Santiago, Guidrycia Wells, O'Shay Wells, Aaron G. Maynard, Verne McSween, Rochelle Gomez, Joan Mathurin, Myrna Mathurin, Ann Marie John-Baptiste, Warrington Chapman and Leoba John-Baptiste-Pelle .*

10