DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br><br> Defendants. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br><br> Defendants. | Civil Action No. 2021-0259 |
| FRANCIS E. CHARLES and THERESA J. CHARLES, <br><br> Plaintiffs, <br><br> v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br><br> Defendants. | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br><br> Defendants. | Civil Action No. 2021-0261 |

**Attorneys:**

**Rebekka C. Veith, Esq.,**
**Brian James Mersman, Esq.,**
**C. Hogan Paschal, Esq.,**
**Hugh P. Lambert, Esq.,**
**J. Christopher C. Zainey, Jr., Esq.,**
**Kerry J. Miller, Esq.,**
**Paul C. Thibodeaux, Esq.,**
New Orleans, Louisiana
**Jennifer Jones, Esq.,**
St. Thomas, U.S.VI.
  *For the Boynes Plaintiffs*

**John-Russell Bart Pate, Esq.,**
**Vincent A. Colianni, II, Esq.,**
St. Croix, U.S.V.I.
**Korey A. Nelson, Esq.,**
**Charles Jacob Gower, Esq.,**
**Harry Richard Yelton, Esq.,**
New Orleans. Louisiana
**Warren T. Burns, Esq.,**
Dallas, Texas
  *For the Shirley Plaintiffs*

**John K. Dema, Esq.,**
St. Croix, U.S.V.I
  *For the Charles Plaintiffs*

**Lee J. Rohn, Esq.,**
**Rhea Lawrence, Esq.,**
St. Croix, U.S.V.I
**Charles Jacob Gower, Esq.,**
New Orleans, Louisiana
**Dena R. Young, Esq.,**
**Shanon Jude Carson, Esq.,**
Philadelphia, Pennsylvania
**John Albanese, Esq.,**
Minneapolis, Minnesota
**John Quin Kerrigan, I, Esq.,**
Doylestown, Pennsylvania
  *For the Cotton Plaintiffs*

**Ryan C. Stutzman, Esq.,**
St. Croix, U.S.V.I.
  *For Defendant Limetree Bay Refining, LLC*

**Carl A. Beckstedt, III, Esq.,**
**Robert J. Kuczynski, Esq.,**
St. Croix, U.S.V.I.
**Melanie S. Carter, Esq.,**
Philadelphia, Pennsylvania
**Kevin J. Bruno, Esq.,**
New York, New York
    *For Defendants Limetree Bay Ventures, LLC and Limetree Bay Terminals, LLC*

**Charles Edward Lockwood, Esq.,**
**Gregg R. Kronenberger, Esq.,**
St. Croix, U.S.V.I.
**Daniel T. Donovan, Esq.,**
**Holly Trogdon, Esq.**
**Matthew Scott Owen, Esq.,**
Washington, D.C.
**Xavier J. Avery, Esq.,**
Houston, Texas
    *For Defendant Arclight Capital Partners, LLC*

**J. Daryl Dodson, Esq.,**
**Kanaan Le'Roy Wilhite, Esq.,**
St. Thomas, U.S.V.I
**Arthur Justin Herskowitz, Esq.,**
**Francis Healy, Esq.,**
**Melvin Brosterman, Esq.,**
New York, New York
    *For Defendant Freepoint Commodities, LLC*

**Adam Nicholas Marinelli, Esq.,**
St. Thomas, U.S.V.I
**Andrew Hammond, Esq.**
New York, New York
    *For Defendant EIG Global Energy Partners, LLC*

**Lori B. Leskin, Esq.,**
**Robert Franciscovich, Esq.,**
New York, New York
**Rhonda R. Trotter, Esq.,**
Los Angeles, Californa
**Schuyler A. Smith, Esq.,**
**Andres Pino, Esq.**
**Jennifer Quildon Brooks, Esq.,**
Miami, Florida
    *For Defendant BP Products North America*

**ORDER**

THIS MATTER comes before the Court on the *Cotton* Plaintiffs' "Limited Motion to Consolidate" (Civ. No. 2021-0261, Dkt. No. 260), in which the *Cotton* Plaintiffs move to "consolidate the hearing and proceedings" regarding three "Motion[s] for Temporary Restraining Order and Preliminary Injunction Against LBR Liquidating Trust, David Dunn, and Limetree Bay Terminals, LLC" filed by the *Boynes* Plaintiffs (Civ. No. 2021-0253, Dkt. No. 120), *Cotton* Plaintiffs (Civ. No. 2021-0261, Dkt. Nos. 156 and 157), and *Charles* Plaintiffs (Civ. No. 2021-0260, Dkt. No. 62) (collectively, "Motions for Injunctive Relief").

**UPON CONSIDERATION** of the foregoing, it is hereby

**ORDERED** that the Cotton Plaintiffs' "Limited Motion to Consolidate" (Civ. No. 2021-0261, Dkt. No. 260) is **GRANTED**; and it is further

**ORDERED** that the *Cotton* (Civ. No. 2021-0261), *Boynes* (Civ. No. 2021-0253), *Charles* (Civ. No. 2021-0260), and *Shirley* (Civ. No. 2021-0259)[1] cases are consolidated for the limited purpose of proceedings and hearings related to the Motions for Injunctive Relief; and it is further

**ORDERED** that a status conference is **SCHEDULED** for **January 31, 2023 at 1:00 p.m.** in STX Courtroom 1 before District Judge Wilma A. Lewis to discuss scheduling, logistical, and other matters that bear on the manner in which the court will proceed in addressing the Motions for Injunctive Relief; and it is further

---

[1] The *Boynes* Plaintiffs' Motion purports to be filed not only on behalf of the *Boynes* Plaintiffs, but also the *Cotton* Plaintiffs, *Charles* Plaintiffs, and *Shirley* Plaintiffs, notwithstanding that the four cases were not then consolidated, there is no indication that the *Boynes* counsel has the authority to speak for parties other than their clients, and the *Cotton* and *Charles* Plaintiffs have filed motions of their own. (Civ. No. 2021-0253, Dkt. No. 120 at 1 n.1). Although there is no Motion for Injunctive Relief officially on the record for the *Shirley* Plaintiffs at this time, the Court has exercised its discretion to include the *Shirley* matter in the instant consolidation Order.

**ORDERED** that:

**(1)** counsel for the *Cotton*, *Boynes, Charles,* and *Shirley* Plaintiffs are required to appear at the aforementioned status conference;

**(2)** counsel for Defendants LBR Liquidating Trust, David Dunn, and Limetree Bay Terminals are required to appear at the aforementioned status conference;

**(3)** all counsel with offices located on the island of St. Croix are required to appear at the aforementioned status conference in person; and

**(4)** all counsel with offices located elsewhere may appear at the aforementioned status conference via videoconference;

and it is further

**ORDERED** that if the *Shirley* Plaintiffs intend to move the Court to the same effect as the *Boynes*, *Charles*, and *Cotton* Plaintiffs they must promptly submit a Motion for Injunctive Relief of their own or a notice informing the Court that they join the other Motion(s) for Injunctive Relief; and it is further

**ORDERED** that the Clerk's Office shall contact counsel for the parties who are authorized to appear via videoconference to provide the necessary call-in information to participate.

**SO ORDERED**.

Date:   January 25, 2023                         _____/s/_____
                                                 WILMA A. LEWIS
                                                 District Judge

5