DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>　　　　Defendants. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>　　　　Defendants. | Civil Action No. 2021-0259 |
| FRANCIS E. CHARLES and THERESA J. CHARLES,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>　　　　Defendants. | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>　　　　Defendants. | Civil Action No. 2021-0261 |

**ORDER**

THIS MATTER comes before the Court on the Court's January 25, 2023 Order scheduling a status conference for January 31, 2023 at 1:00 p.m. to address scheduling, logistical, and other matters that bear on the manner in which the Court will proceed in addressing Plaintiffs' Motions for Injunctive Relief. Since that Order was entered, the parties have submitted over a dozen additional filings, many of which were filed late last night and early this morning.

The Court scheduled the January 31, 2023 status conference to take place six days after its January 25, 2023 Order so as to be consistent with the Court's calendar and to allow the Court time to review the necessary materials to prepare for the conference. Counsel's decision to wait until the night before and the morning of the status conference to file documents with information pertinent to the status conference and which seemingly should have been known to the parties at the time of the initial filing of the Motions for Injunctive Relief on January 25, 2023 is disruptive to the process and inexcusable. The Court will therefore reschedule the status conference for February 1, 2023 at 1:00 p.m. in order to allow time to review the additional materials.

**UPON CONSIDERATION** of the foregoing, it is hereby

**ORDERED** that the status conference scheduled for January 31, 2023 at 1:00 p.m. is **CONTINUED** to **February 1, 2023 at 1:00 p.m.** in STX Courtroom 1 before District Judge Wilma A. Lewis to discuss scheduling, logistical, and other matters that bear on the manner in which the court will proceed in addressing the Motions for Injunctive Relief; and it is further

**ORDERED** that the provisions governing the appearances of counsel set forth in the Court's January 25, 2023 Order remain in effect; and it is further

**ORDERED** that the Clerk's Office shall contact counsel for the parties who are authorized to appear via videoconference to provide the necessary call-in information to participate.

**SO ORDERED**.

Date:   January 31, 2023                                        _____/s/_____
                                                                                    WILMA A. LEWIS
                                                                                    District Judge