# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br><br>Defendants. | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br><br>Defendants. | **Civil Action No. 2021-0259** |
| **FRANCIS E. CHARLES and THERESA J. CHARLES,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br><br>Defendants. | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br><br>Plaintiffs,<br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,** | **Civil Action No. 2021-0261** |

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Cotton, Beecher, et. al. v. Limetree Bay Ventures, LLC, et. al. (Class Action), Case No. 1:21-CV-00261-WAL-GWC
**JOINT NOTICE TO THE COURT OF PRETRIAL CONFERENCE OF THE PARTIES**
Page 2

**Defendants.**

## JOINT NOTICE TO THE COURT OF PRETRIAL CONFERENCE OF THE PARTIES

The Parties have met and conferred and agree that they all intend to use their best efforts to complete the hearing by the end of March 3, 2023, however, it may go into March 6, 2023.

                RESPECTFULLY SUBMITTED
                LEE J. ROHN AND ASSOCIATES, LLC
                Attorneys for Plaintiffs

DATED: February 27, 2023       BY:   /s/ Lee J. Rohn
                Lee J. Rohn, Esq.
                VI Bar No. 52
                1108 King Street, Suite 3 (mailing)
                56 King Street, Third Floor (physical)
                Christiansted, St. Croix
                U.S. Virgin Islands 00820
                Telephone: (340) 778-8855
                **lee@rohnlaw.com**

DATED: February 27, 2023       BY:   /s/ Shanon J. Carson
                Shanon J. Carson, Esq.
                Dena Young, Esq.
                John Kerrigan, Esq.
                BERGER MONTAGUE PC
                1818 Market Street, Suite 3600
                Philadelphia, PA 19103
                Telephone: (2150) 875-3000
                scarson@bm.net
                dyoung@bm.net
                jkerrigan@bm.net

                Counsel for the Cotton Plaintiffs

DATED: February 27, 2023       BY:   /s/ Warren T. Burnes

Cotton, Beecher, et. al. v. Limetree Bay Ventures, LLC, et. al. (Class Action), Case No. 1:21-CV-00261-WAL-GWC
**JOINT NOTICE TO THE COURT OF PRETRIAL CONFERENCE OF THE PARTIES**
Page 3

        Warren T. Burns, Esq.
        BURNS CHAREST LLP
        900 Jackson Street, Suite 500
        Dallas, Texas 75202
        Telephone: (469) 904-4550
        wburns@burnscharest.com
        mbarrie@burnscharest.com

DATED: February 27, 2023      BY: /s/ Vincent Colianni II
        Vincent Colianni, II, Esq.
        Vincent A. Colianni, Esq.
        Marina Leonard, Esq.
        COLIANNI & LEONARD LLC
        2120 Company Street
        Christiansted, VI 00820
        Telephone: (340) 719-1766
        mailbox@coliannil.com
        vinny@colianni.com
        vince@colianni.com
        marina@colianni.com

DATED: February 27, 2023      BY: /s/ C. Jacob Gower
        C. Jacob Gower, Esq.
        GOWER LEGAL LLC
        1919 Pine Street
        New Orleans, LA 70118
        Telephone: (337) 298-9734
        jacob@gowerlegal.com
        Counsel for the Shirley Plaintiffs

Cotton, Beecher, et. al. v. Limetree Bay Ventures, LLC, et. al. (Class Action), Case No. 1:21-CV-00261-WAL-GWC
**JOINT NOTICE TO THE COURT OF PRETRIAL CONFERENCE OF THE PARTIES**
Page 4

| | |
|---|---|
| DATED:  February 27, 2023 | BY:   /s/ Hugh Lambert<br>Hugh Lambert, Esq.<br>J. Christopher Zainey, Esq.<br>Brian Mersman, Esq.<br>LAMBERT ZAINEY SMITH & SOSO, APLC<br>701 Magazine Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 581-1750<br>Facsimile: (504) 529-2931<br>hlambert@lambertainey.com<br>czainey@lambertzainey.com<br>bmersman@lambertzainey.com |
| DATED:  February 27, 2023 | BY:   /s/ Kerry J. Miller<br>Kerry J. Miller, Esq.<br>Paul C. Thibodeaux, Esq.<br>E. Blair Schilling, Esq.<br>Rebekka C. Veith, Esq.<br>C. Hogan Paschal, Esq.<br>FISHMAN HAYGOOD, L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, Louisiana 70170<br>Telephone: (504) 586-5252<br>kmiller@fishmanhaygood.com<br>pthibodeaux@fishmanheygood.com<br>bschilling@fishmanhaygood.com<br>rveith@fishmanhaygood.com<br>hpaschal@fishmanhaygood.com |
| DATED:  February 27, 2023 | BY:   /s/ Jennifer Jones<br>Jennifer Jones, Esq.<br>9003 Havensight Mall, Ste. 319<br>St. Thomas, V.I. 00802<br>Telephone: (340) 779-7386<br>jjones@vienvironmentallaw.com<br><br>Counsel for the Boynes Plaintiffs |
| DATED:  February 27, 2023 | BY:   /s/ John K. Dema |

Cotton, Beecher, et. al. v. Limetree Bay Ventures, LLC, et. al. (Class Action), Case No. 1:21-CV-00261-WAL-GWC
<u>**JOINT NOTICE TO THE COURT OF PRETRIAL CONFERENCE OF THE PARTIES**</u>
Page 5

    John K. Dema, Esq.
    LAW OFFICES OF JOHN K. DEMA, PC
    1236 Strand Street, Suite 103
    Christiansted, St. Croix, VI 00820
    Telephone: (340) 773-6142
    jdema@demalaw.com

Counsel for the Charles Plaintiffs

**BECKSTEDT & KUCZYNSKI LLP**
*Attorneys for Limetree Bay Terminals, LLC*
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Tel: (340) 719-8086 / Fax: (800) 886-6831

DATED: February 27, 2023      By:   s/ Carl A. Beckstedt III, Esq.
    Carl A. Beckstedt III, Esq.
    VI Bar No. 684
    carl@beckstedtlaw.com

    *and*

**BLANK ROME LLP**
Kevin J. Bruno, Esq.
*admitted pro hac vice in Cotton, Civ. No. 2021-0261*
1271 Avenue of the Americas
New York, NY 10020
212.885.5000
kbruno@blankrome.com

Melanie S. Carter, Esq.
*admitted pro hac vice in Shirley, Civ. No. 2021-0259*
130 N. 18th Street
One Logan Square
Philadelphia, PA 19103
215.569.5720
melanie.carter@blankrome.com
*Counsel for Limetree Bay Terminals, LLC*

Cotton, Beecher, et. al. v. Limetree Bay Ventures, LLC, et. al. (Class Action), Case No. 1:21-CV-00261-WAL-GWC
**JOINT NOTICE TO THE COURT OF PRETRIAL CONFERENCE OF THE PARTIES**
Page 6

# CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on February 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

    All counsel of record

                                                          /s/Lee J. Rohn         (dr)