DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>    Defendants. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>    Defendants. | Civil Action No. 2021-0259 |
| FRANCIS E. CHARLES and THERESA J. CHARLES,<br><br>    Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>    Defendants. | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>    Defendants. | Civil Action No. 2021-0261 |

**ORDER**

THIS MATTER comes before the Court on Plaintiffs' "Unopposed Motion to Present Testimony of Dr. Erno Sajo and Dr. Stephen King via Videoconference" ("Motion") (Civ. No. 2021-0253, Dkt. No. 189; Civ. No. 2021-0259, Dkt. No. 71; Civ. No. 2021-0260, Dkt. No. 117; Civ. No. 2021-0261, Dkt. No. 249); and Defendant Limetree Bay Terminals LLC's ("Terminals") Response (Civ. No. 2021-0253, Dkt. No. 195; Civ. No. 2021-0259, Dkt. No. 76; Civ. No. 2021-0260, Dkt. No. 122; Civ. No. 2021-0261, Dkt. No. 254). Plaintiffs request that the Court permit Plaintiffs' Experts Dr. Erno Sajo and Dr. Stephen King to appear via videoonference at the first phase preliminary injunction hearing because Dr. Sajo and Dr. King have overlapping professional commitments that make travel to St. Croix impracticable. (Civ. No. 2021-0253, Dkt. No. 189 at 1). In the alternative, Plaintiffs request that the Court "accept into evidence Dr. Sajo's and Dr. King's declarations in lieu of their live testimony." *Id.* at 3. In response, Terminals represents that it does not oppose Plaintiffs' request to have Dr. Sajo and Dr. King testify via videoconference, but that it opposes Plaintiffs' alternative request and did not consent to the same. (Civ. No. 2021-0253, Dkt. No. 195 at 2).

**UPON CONSIDERATION OF** the foregoing, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED** insofar as Plaintiffs seek leave to have Dr. Sajo and Dr. King testify via videoconference; and it is further

**ORDERED** that Plaintiffs' Motion is otherwise **DENIED**; and it is further

**ORDERED** that the Clerk's Office shall contact counsel for Plaintiffs to provide the necessary call-in information for Dr. Sajo and Dr. King to participate

**SO ORDERED**.

Date:  March 1, 2023 _____/s/_____
WILMA A. LEWIS
District Judge