# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>      Defendants. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>      Defendants. | Civil Action No. 2021-0259 |
| FRANCIS E. CHARLES and THERESA J. CHARLES,<br><br>      Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>      Defendants. | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>      Defendants. | Civil Action No. 2021-0261 |

## **ORDER**

**UPON CONSIDERATION** of the "Motion for Leave to Bring Limited Electronic Devices into the Courthouse and Courtroom for the Injunction Hearing in the Matter" (Civ. No. 2021-0253, Dkt. No. 212; Civ. No. 2021-0259, Dkt. No. 87; Civ. No. 2021-0260, Dkt. No. 142; Civ. No. 2021-0261, Dkt. No. 268) filed by the *Cotton* Plaintiffs, in which the *Cotton* Plaintiffs request leave to bring various electronic devices to the preliminary injunction hearing scheduled to begin on March 2, 2023, it is hereby

**ORDERED** that the *Cotton* Plaintiffs' Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' counsel may bring a total of one laptop, one iPad, and two smartphones into the Courthouse and Courtroom for the hearing; and it is further

**ORDERED** that counsel shall review and familiarize themselves with the Court's March 13, 2015 General Order regarding the use of electronic devices (*see* Misc. No. 2014-0009, Dkt. No. 2), and that the parties shall abide by the relevant terms therein, including without limitation:

(1) the electronic devices shall be in silent mode or off when not in use;

**(2)** counsel shall ensure that the electronic devices do not emit any audible sounds during the Court proceedings;

**(3)** the electronic devices shall not be used to conduct oral communications in the Courtroom or in the presence of witnesses, or Court personnel; and

**(4)** the electronic devices shall not be used for any improper purpose, including, but not limited to, photography, audio recording, visual recording, transmission of court proceedings, or improper communications with any witness or any other person.

**SO ORDERED.**

Date:  March 1, 2023                          _____/s/_____
                                              WILMA A. LEWIS
                                              District Judge