# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LIMETREE BAY VENTURES, LLC, et al., )<br>)<br>Defendants. )<br>_____) | **Civil Action No. 2021-0253** |
| HELEN SHIRLEY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LIMETREE BAY VENTURES, LLC, et al., )<br>)<br>Defendants. )<br>_____) | **Civil Action No. 2021-0259** |
| FRANCIS E. CHARLES and THERESA J. )<br>CHARLES, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LIMETREE BAY VENTURES, LLC, et al., )<br>)<br>Defendants. )<br>_____) | **Civil Action No. 2021-0260** |
| BEECHER COTTON, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LIMETREE BAY VENTURES, LLC, et al., )<br>)<br>Defendants. )<br>_____) | **Civil Action No. 2021-0261** |

## ORDER

**UPON CONSIDERATION** of the evidence and arguments presented by Plaintiffs and Injunction Defendant Limetree Bay Terminals, LLC ("Terminals") at the first-phase evidentiary hearing on Plaintiffs' Amended Motions for Injunctive Relief, held on March 2-3 and March 6-7, 2023, it is hereby

**ORDERED** that Plaintiffs shall have up to and including **March 9, 2023** within which to provide Terminals with the U.S. Census report(s) referenced in Plaintiffs' "Supplemental Brief Regarding Waiver of Security Requirement or Imposition of a Nominal Bond" (Civ. No. 2021-0253, Dkt. No. 143) and during Plaintiffs' closing argument on March 7, 2023; and it is further

**ORDERED** that the parties shall have up to and including **March 13, 2023** within which to file supplemental memoranda with legal authority, factual support, and citations to the record for their respective positions; and it is further

**ORDERED** that the parties' supplemental memoranda shall be limited to addressing the irreparable harm factor of the preliminary injunction analysis.

**SO ORDERED.**

Date: March 7, 2023                    _____/s/_____
                                       WILMA A. LEWIS
                                       District Judge