## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al.,　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiffs,　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>LIMETREE BAY VENTURES, LLC, et al.,　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendants.　　　　　　　)<br>_____) | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al.,　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiffs,　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>LIMETREE BAY VENTURES, LLC, et al.,　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendants.　　　　　　　)<br>_____) | Civil Action No. 2021-0259 |
| FRANCIS E. CHARLES and THERESA J.　　)<br>CHARLES,　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiffs,　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>LIMETREE BAY VENTURES, LLC, et al.,　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendants.　　　　　　　)<br>_____) | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al.,　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiffs,　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>LIMETREE BAY VENTURES, LLC, et al.,　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendants.　　　　　　　)<br>_____) | Civil Action No. 2021-0261 |

**Attorneys:**

**John K. Dema, Esq.,**
**Lee J. Rohn, Esq.,**
**Jennifer Jones, Esq.,**
**Hugh P. Lambert, Esq.,**
**Brian James Mersman, Esq.,**
**Kerry J. Miller, Esq.,**
**C. Hogan Paschal, Esq.,**
**Paul C. Thibodeaux, Esq.,**
**Rebekka C. Veith, Esq.,**
**J. Christopher C. Zainey, Jr., Esq.,**
**Carly Jonakin, Esq.**
**Lee J. Rohn, Esq.**
**Jennifer Jones, Esq.**
*For the Boynes Plaintiffs*

**Vincent A. Colianni, II, Esq.,**
**John-Russell Bart Pate, Esq.,**
**Lee J. Rohn, Esq.,**
**Warren T. Burns, Esq.,**
**Quinn Burns, Esq.**
**Daniel H. Charest, Esq.,**
**Charles Jacob Gower, Esq.,**
**Hugh. P. Lambert, Esq.,**
**Korey A. Nelson, Esq.,**
**Harry Richard Yelton, Esq.,**
**Carly Jonakin, Esq.,**
**David Andrew Safranek, Esq.,**
*For the Shirley Plaintiffs*

**John K. Dema, Esq.,**
**Lee J. Rohn, Esq.,**
**Hugh. P. Lambert, Esq.,**
**Brian James Mersman, Esq.,**
**J. Christopher C. Zainey, Jr., Esq.,**
**Carly Jonakin, Esq.,**
*For the Charles Plaintiffs*

**Vincent A. Colianni, II, Esq.,**
**Rhea Lawrence, Esq.,**
**Marina Leonard, Esq.,**
**Lee J. Rohn, Esq.,**
**Shanon Jude Carson, Esq.,**
**Daniel H. Charest, Esq.,**
**Quinn Burns, Esq.,**
**Warren T. Burns, Esq.,**
**John Quin Kerrigan, I, Esq.,**
**John Albanese, Esq.,**
**Dena R. Young, Esq.,**
**Yechiel M Twersky, Esq.**
**Charles Jacob Gower, Esq.,**
**Hugh. P. Lambert, Esq.,**
**Korey A Nelson**
**Harry Richard Yelton, Esq.,**
**Carly Jonakin, Esq.,**
*For the Cotton Plaintiffs*

**Carl A. Beckstedt, III, Esq.,**
**Robert J. Kuczynski, Esq.,**
**Earnesta L. Taylor, Esq.,**
**Kevin J. Bruno, Esq.,**
**Melanie S. Carter, Esq.,**
*For Defendant Limetree Bay Terminals, LLC*

**Charles Edward Lockwood, Esq.,**
**Daniel T. Donovan, Esq.,**
**Erin Quick, Esq.,**
**Holly Trogdon, Esq.,**
**Xavier J Avery, Esq.,**
**Gregg R Kronenberger, Esq.**
**Mary Elizabeth Miller, Esq.,**
**Matthew Scott Owen, Esq.,**
**Meredith Pohl, Esq.,**
*For Defendant ArcLight Capital Partners, LLC*

**J. Daryl Dodson, Esq.,**
**Arthur Justin Herskowitz, Esq.,**
**Francis Healy, Esq.,**
**Kanaan Le'Roy Wilhite, Esq.,**
**Melvin Brosterman, Esq.,**
*For Defendant Freepoint Commodities, LLC*

**Adam Nicholas Marinelli, Esq.,**
**Andrew Hammond, Esq.,**
**Isaac Glassman, Esq.,**
*For Defendant EIG Global Energy Partners, LLC*

**Lori B. Leskin, Esq.,**
**Rhonda R. Trotter, Esq.,**
**Robert Franciscovich, Esq.,**
**Schuyler A Smith, Esq.,**
**Andres Pino, Esq.,**
**Chivonne Thomas, Esq.,**
**Jennifer Quildon Brooks, Esq.,**
*For Defendant BP Products North America*

**Michael L. Sheesley, Esq.,**
**Jon F. Carmer, Jr., Esq.**
*For Defendant Versa Integrity Group, Inc.*

**Kevin F. D'Amour, Esq.,**
*For Defendant National Industries Services, LLC*

**Alex M Moskowitz, Esq.,**
**Ke Zhang, Esq.,**
**Keith Kodosky, Esq.**
**Martin A Shelton, Esq.,**
**Ronald Scott Masterson, Esq.,**
*For Defendant Pinnacle Services, LLC*

**Kevin A Rames, Esq.,**
**Karin A. Bentz, Esq.,**
**Michelle M. Byers, Esq.**
**James M. Campbell, Esq.**
*For Defendant Universal Plant Services (VI), LLC*

**Adam G. Christian, Esq.,**
**Ernest Paul Gieger, Jr, Esq.,**
**Simone D. Francis, Esq.,**
**Brendan Doherty, Esq.,**
**John Michael DiGiglia, Esq.,**
**Kimberly Fojtik, Esq.,**
*For Defendant Elite Turnaround Specialists, Ltd.*

## **ORDER**

THIS MATTER comes before the Court on Limetree Bay Terminals' ("Terminals) "Motion For Leave to Bring Electronic Devices Into the Courtroom and District Court For the February 22, 2024 Hearing" ("Terminals' Motion for Leave") (Civ. No. 2021-0253, Dkt. No. 517; Civ. No. 2021-0259, Dkt. No. 324; Civ. No. 2021-0260, Dkt. No. 393; Civ. No. 2021-0261, Dkt. No. 577) and Plaintiffs' "Motion For Leave to Bring Limited Electronic Devices Into the Courthouse and Courtroom for the Status Conference in This Matter" ("Plaintiffs' Motion for Leave") (Civ. No. 2021-0253, Dkt. No. 519; Civ. No. 2021-0259, Dkt. No. 327; Civ. No. 2021-0260, Dkt. No. 393; Civ. No. 2021-0261, Dkt. No. 580). By their Motions, the parties seek leave for their counsel to bring numerous electronic devices to the February 22, 2024 Water Distribution Program Status Conference.

The Court's March 13, 2015 General Order, which adopts a policy on the possession and use of Personal Electronic Devices, provides in pertinent part:

> 1. Attorneys admitted to the District Court Bar, and attorneys admitted *pro hac[] vice*, or otherwise, to practice before the District Court, who are participating as counsel in scheduled proceedings or meetings at the District Court may bring Personal Electronic Devices into the DVI Courthouses, courtrooms, and judges' chambers for business use in connection with the scheduled proceeding or meeting. Attorneys may not share their Personal Electronic Devices with any other person, except a member of the attorney's staff assisting with the matter, without Court approval.
>
> 2. Attorneys permitted to bring Personal Electronic Devices into the DVI Courthouses must ensure that such Devices are turned to silent mode prior to entry into the Courthouse, and are turned off prior to entry in any courtroom or judge's chambers. Attorneys shall ensure that the Personal Electronic Devices shall not emit any audible sounds during court or court-related proceedings.
>
> 3. Attorneys wishing to use their Personal Electronic Devices in the courtroom or in a judge's chambers must receive the permission of the judge presiding over the proceedings.

Misc. No. 2014-0009 (Dkt. No. 2 at 4).

In view of the foregoing, it is hereby

**ORDERED** that Terminals' Motion for Leave is **GRANTED** to the extent that Terminals' counsel who are admitted to the District Court Bar or admitted *pro hac vice* in this matter shall be permitted to bring into the Courthouse and the Courtroom Personal Electronic Devices in accordance with the Court's March 13, 2015 General Order; and it is further

**ORDERED** that Plaintiffs' Motion for Leave is **GRANTED** to the extent that Plaintiffs' counsel who are admitted to the District Court Bar or admitted *pro hac vice* in this matter shall be permitted to bring into the Courthouse and the Courtroom Personal Electronic Devices in accordance with the Court's March 13, 2015 General Order; and it is further

**ORDERED** that counsel in this matter will be required to seek approval from the Court at the February 22, 2024 Water Distribution Status Conference in order to use Personal Electronic Devices at the Status Conference; and it is further

**ORDERED** that counsel shall review and familiarize themselves with the Court's March 13, 2015 General Order regarding the use of Personal Electronic Devices, and that the parties shall abide by the relevant terms therein, including without limitation:

- **(1)** the electronic devices shall be in silent mode or off when not in use;

- **(2)** counsel shall ensure that the electronic devices do not emit any audible sounds during the Court proceedings;

- **(3)** the electronic devices shall not be used to conduct oral communications in the Courtroom or in the presence of witnesses, or Court personnel; and

- **(4)** the electronic devices shall not be used for any improper purpose, including, but not limited to, photography, audio recording, visual recording, transmission of court proceedings, or improper communications with any witness or any other person.

**SO ORDERED.**

Date:   February 21, 2024                               _____/s/_____
                                                        WILMA A. LEWIS
                                                        District Judge