# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br>　　Plaintiffs,<br><br>　　v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br><br>　　Defendants. | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>　　Plaintiffs,<br><br>　　v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>　　Defendants. | **Civil Action No. 2021-0259** |
| **MARY L. MOORHEAD, et al.**<br>　　Plaintiffs,<br><br>　　v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>　　Defendants. | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br>　　Plaintiffs,<br><br>　　v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>　　Defendants. | **Civil Action No. 2021-0261** |

## NOTICE OF DEPOSITION OF FERMIN RODRIGUEZ

**To:** Fermin Rodriguez
*through counsel*
Andrew C. Simpson
2191 Church Street, Suite 5
Christiansted, VI  00820
asimpson@coralbrief.com

PLEASE TAKE NOTICE that Plaintiffs in the above captioned matter ("Plaintiffs"), through undersigned counsel, will take the deposition of Fermin Rodriguez, individually, pursuant to the Federal Rules of Civil Procedure, for all purposes that are allowed, on **February 19, 2025 at 9 a.m. Atlantic Standard Time** at the offices of **Lee J. Rohn & Associates**, located at 56 King Street, Third Floor, Hamilton House in Christiansted, VI, or such other location mutually agreed to by the parties, before a Notary or some other officer authorized to administer oaths. The deposition will be recorded by stenographic, audio, and/or video means. The deposition will also take place via Zoom for remote participation. You are hereby invited to attend and take part as you deem fit and proper.

Dated: January 27, 2025         BY:   */s/ Kerry J. Miller*
                                      Kerry J. Miller, Esq.
                                      Paul C. Thibodeaux, Esq.
                                      E. Blair Schilling, Esq.
                                      Rebekka C. Veith, Esq.
                                      C. Hogan Paschal, Esq.
                                      Carly E. Jonakin, Esq.
                                      FISHMAN HAYGOOD, L.L.P.
                                      201 St. Charles Avenue, 46th Floor
                                      New Orleans, Louisiana 70170
                                      Telephone: (504) 586-5252
                                      kmiller@fishmanhaygood.com
                                      pthibodeaux@fishmanhaygood.com
                                      bschilling@fishmanhaygood.com
                                      rveith@fishmanhaygood.com
                                      hpaschal@fishmanhaygood.com
                                      cmccleskey@fishmanhaygood.com

DATED: January 27, 2025      BY:   */s/ Daniel H. Charest*
                                                         Warren T. Burns, Esq.
                                                         Daniel H. Charest., Esq.
                                                         Martin D. Barrie, Esq.
                                                         Quinn M. Burns, Esq.
                                                         BURNS CHAREST LLP
                                                         900 Jackson Street, Suite 500
                                                         Dallas, Texas 75202
                                                         Telephone: (469) 904-4550
                                                         wburns@burnscharest.com
                                                         dcharest@burnscharest.com
                                                         mbarrie@burnscharest.com
                                                         qburns@burnscharest.com

DATED: January 27, 2025      BY:   */s/ Shanon J. Carson*
                                                         Shanon J. Carson, Esq.
                                                         Yechiel Michael Twersky
                                                         John Kerrigan, Esq.
                                                         BERGER MONTAGUE PC
                                                         1818 Market Street, Suite 3600
                                                         Philadelphia, PA 19103
                                                         Telephone: (2150) 875-3000
                                                         scarson@bm.net
                                                         mitwersky@bm.net
                                                         jkerrigan@bm.net

DATED: January 27, 2025      BY:   */s/ Lee J. Rohn*
                                                         Lee J. Rohn, Esq.
                                                         Rhea R. Lawrence, Esq.
                                                         1108 King Street, Suite 3 (mailing)
                                                         56 King Street, Third Floor (physical)
                                                         Christiansted, St. Croix
                                                         U.S. Virgin Islands 00820
                                                         Telephone: (340) 778-8855
                                                         lee@rohnlaw.com
                                                         rhea@rohnlaw.com

DATED: January 27, 2025      BY:   */s/ John K. Dema*
                                                         JOHN K. DEMA, Esq.
                                                         V.I. Bar No. 357
                                                         1236 Strand Street, Suite 103
                                                         Christiansted, St. Croix, VI 00820
                                                         Telephone: (340) 773-6142
                                                         Facsimile: (340) 773-3944
                                                         Email: jdema@demalaw.com

DATED: January 27, 2025        BY:   /s/ Hugh Lambert
                                     Hugh Lambert, Esq.
                                     J. Christopher Zainey, Esq.
                                     Brian Mersman, Esq.
                                     LAMBERT ZAINEY SMITH & SOSO, APLC
                                     701 Magazine Street
                                     New Orleans, Louisiana 70130
                                     Telephone: (504) 581-1750
                                     Facsimile: (504) 529-2931
                                     hlambert@lambertainey.com
                                     czainey@lambertzainey.com
                                     bmersman@lambertzainey.com

DATED: January 27, 2025        BY:   /s/ Korey A. Nelson
                                     Korey A. Nelson, Esq.
                                     H. Rick Yelton, Esq.
                                     BURNS CHAREST LLP
                                     365 Canal Street, Suite 1170
                                     New Orleans, LA 70130
                                     Telephone: (504) 799-2845
                                     knelson@burnscharest.com
                                     ryelton@burnscharest.com

DATED: January 27, 2025        BY:   /s/ Timothy W. Burns
                                     Timothy W. Burns
                                     BURNS BAIR LLP
                                     10 E. Doty Street, Suite 600
                                     Madison, Wisconsin 53703
                                     Telephone: (608) 286-2302
                                     tburns@burnsbair.com

DATED: January 27, 2025        BY:   /s/ Vincent Colianni II
                                     Vincent Colianni, II, Esq.
                                     Vincent A. Colianni, Esq.
                                     Marina Leonard, Esq.
                                     COLIANNI & LEONARD LLC
                                     2120 Company Street
                                     Christiansted, VI 00820
                                     Telephone: (340) 719-1766
                                     vinny@colianni.com
                                     vince@colianni.com
                                     marina@colianni.com

DATED: January 27, 2025        BY:   /s/ C. Jacob Gower
                                     C. Jacob Gower, Esq.
                                     GOWER LEGAL LLC

1919 Pine Street  
New Orleans, LA 70118  
Telephone: (337) 298-9734  
jacob@gowerlegal.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2025, I served the foregoing Notice upon all counsel by email and/or U.S. Mail.

*/s/ Kerry J. Miller*  
Kerry J. Miller