**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **HELEN SHIRLEY, ANISHA HENDRICKS, CRISTEL RODRIGUEZ, JOSIE BARNES, ARLEEN MILLER, ROSALBA ESTEVEZ, ISIDORE JULES, JOHN SONSON, and VIRGINIE GEORGE, on behalf of themselves and all others similarly situated,** | 1:21-cv-00259-WAL-EAH |
| Plaintiffs, | |
| v. | |
| **LIMETREE BAY VENTURES, LLC; LIMETREE BAY REFINING, LLC; LIMETREE BAY TERMINALS, LLC; ARCLIGHT LIMETREE AIV, L.P.; EIG GLOBAL ENERGY PARTNERS, LLC; ARCLIGHT ENERGY PARTNER FUND VI, L.P. LIMETREE BAY PREFERED HOLDINGS, LLC; NATIONAL INDUSTRIAL SERVICES, LLC; ARCLIGHT CAPTIAL PARTNERS, LLC; LIMETREE BAY HOLDINGS, LLC** | |
| Defendants. | |
| _____ | |

**TO:**

John-Russell Bart Pate, Esq.
Korey A. Nelson, Esq.
Vincent A. Colianni, II, Esq.
Warren T. Burns, Esq.
Charles Jacob Gower, Esq.
Daniel H. Charest, Esq.
Harry Richard Yelton, Esq.
Hugh P. Lambert, Esq.
Lee J. Rohn, Esq.
Earnesta L. Taylor, Esq.
Melanie S. Carter, Esq.
Ryan C. Stutzman, Esq.

*Shirley v. Limetree Bay Ventures, LLC*
1:21-cv-000259-WAL-EAH
Order
Page 2

**Carl A. Beckstedt, III, Esq.**
**Robert J. Kuczynski, Esq.**
**John K. Dema, Esq.**
**John Kevin F. D'Amour, Esq.**
**Earnesta L. Taylor, Esq.**
**Kerry J. Miller, Esq.**
**Paul C. Thibodeaux, Esq.**
**Rebekka Veith, Esq.**
**Caroline H. Paschal, Esq.**
**Carly Jonakin, Esq.**
**Ronald S. Masterson, Esq.**
**Quinn Burns, Esq.**
**David A. Safranek, Esq.**
**Charlotte K. Perrell, Esq.**
**Derek K. Sugimura, Esq.**
**Charles E. Lockwood, Esq.**
**Gregg R. Kronenberger, Esq.**
**Daniel T. Donovan, Esq.**
**Matthew S. Owen, Esq.**
**Meredith Pohl, Esq.**
**Gaylin Vogel, Esq.**
**Amy L. Champagne, Esq.**
**Kenneth M. Klemm, Esq.**
**Adam B. Zuckerman, Esq.**

## ORDER

**THIS MATTER** comes before the Court on Plaintiffs' Motion for Leave to Engage in Third-Party Jurisdictional Discovery, filed on July 6, 2021. Dkt. No. 7. In the motion, Plaintiffs sought leave from the Court to serve discovery requests on third parties prior to the Rule 26(f) conference. *Id.* Specifically, they sought evidence on the citizenship of putative class members to address the "Discretionary Exception and Local Controversy Exception." *Id.* On July 19, 2021, Defendants Limetree Bay Ventures LLC and Limetree Bay Terminals, LLC filed a response, asserting that Plaintiffs did not meet their burden of establishing their right to jurisdictional or expedited discovery. Dkt. No. 15. On July 26, 2021, Plaintiffs filed a reply, providing a more fulsome explanation of why they believed jurisdictional discovery was necessary. Dkt. No. 17.

*Shirley v. Limetree Bay Ventures, LLC*
1:21-cv-000259-WAL-EAH
Order
Page 3

Approximately three and one-half years have passed since Plaintiffs' motion and the opposition have been docketed. At this point, the Court cannot determine whether the Plaintiffs still seek this discovery. The Court will therefore provide the Plaintiffs an opportunity to apprise the Court on this matter.

Accordingly, it is hereby **ORDERED** that the Plaintiffs shall apprise the Court by **March 3, 2025** whether they still wish to pursue the relief requested in the Motion for Leave to Engage in Third-Party Jurisdictional Discovery, Dkt. No. 7, or whether they will withdraw their motion.

ENTER:

Dated: February 27, 2025

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE