# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br>    Plaintiffs,<br><br>    v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    Defendants. | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>    Plaintiffs,<br><br>    v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    Defendants. | **Civil Action No. 2021-0259** |
| **MARY L. MOORHEAD, et al.,**<br>    Plaintiffs,<br><br>    v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    Defendants. | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br>    Plaintiffs,<br><br>    v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    Defendants. | **Civil Action No. 2021-0261** |

**PLAINTIFFS' MOTION FOR PRELIMINARY SETTLEMENT APPROVAL
<u>AND RELATED RELIEF</u>**

i

NOW INTO COURT, through undersigned counsel, come Plaintiffs, on behalf of themselves and the proposed Settlement Class as defined in the Memorandum in Support filed herewith and the Settlement Agreement attached hereto as Exhibit A, and file this Motion seeking preliminary approval of a $17.5 million Settlement that will resolve all of their claims against the Settling Defendants, Defendants ArcLight Capital Partners, LLC; ArcLight Energy Partners Fund VI, L.P.; ArcLight Limetree AIV, L.P.; Limetree Bay Holdings, LLC; Limetree Bay Preferred Holdings, LLC; and Freepoint Commodities LLC (collectively, the "Settling Defendants") arising out of, or relating to, the series of environmental releases from the Limetree Bay Refinery that occurred during the time period from February 2021 to May 2021.

This Settlement has been reached only after Plaintiffs, through Class Counsel, thoroughly investigated the facts and law relating to the allegations in the Litigation and conducted extensive discovery. The Settling Parties engaged in extensive, difficult, complex, and arm's length-negotiations, including through mediation overseen by the Court-appointed mediator. Plaintiffs and Settling Defendants have reached a class action settlement, the first such settlement in the Litigation. Plaintiffs now seek to begin the settlement approval process mandated by Federal Rule of Civil Procedure 23(e).

WHEREFORE, Plaintiffs respectfully request that the Court enter the Proposed Preliminary Approval Order (1) conditionally certifying the Settlement Class and preliminarily approving the Settlement as fair, reasonable and adequate; (2) finally appointing the already-appointed Co-Lead Class Counsel to represent the Settlement Class; (3) approving the proposed Notice Plan; (4) establishing the Objection and Opt-Out Deadline; (5) appointing Epiq, which has already been appointed to administer the injunctive water program, as the Settlement Administrator; and (6) setting a date for the Final Approval Hearing.

                                            Respectfully submitted,

DATED: April 3, 2025            BY:    */s/ Kerry J. Miller*
                                                Kerry J. Miller, Esq.
                                                Rebekka C. Veith, Esq.
                                                C. Hogan Paschal, Esq.
                                                FISHMAN HAYGOOD, L.L.P.
                                                201 St. Charles Avenue, 46th Floor
                                                New Orleans, Louisiana 70170
                                                Telephone: (504) 586-5252
                                                kmiller@fishmanhaygood.com
                                                rveith@fishmanhaygood.com
                                                hpaschal@fishmanhaygood.com

DATED: April 3, 2025            BY:    */s/ Hugh Lambert*
                                                Hugh Lambert, Esq.
                                                J. Christopher Zainey, Esq.
                                                Brian Mersman, Esq.
                                                LAMBERT ZAINEY SMITH & SOSO, APLC
                                                701 Magazine Street
                                                New Orleans, Louisiana 70130
                                                Telephone: (504) 581-1750
                                                Facsimile: (504) 529-2931
                                                hlambert@lambertainey.com
                                                czainey@lambertzainey.com
                                                bmersman@lambertzainey.com

DATED: April 3, 2025            BY:    */s/ John K. Dema*
                                                John K. Dema, Esq.
                                                LAW OFFICES OF JOHN K. DEMA, PC
                                                1236 Strand Street, Suite 103
                                                Christiansted, St. Croix, VI 00820

DATED: April 3, 2025            BY:    */s/ Jennifer Jones*
                                                Jennifer Jones, Esq.
                                                9003 Havensight Mall, Ste. 319
                                                St. Thomas, V.I. 00802
                                                Telephone: (340) 779-7386
                                                jjones@vienvironmentallaw.com

                                                Counsel for the *Boynes* Plaintiffs

| | |
|---|---|
| DATED: April 3, 2025 | BY:  /s/ *Shanon J. Carson*<br>Shanon J. Carson, Esq.<br>Yechiel Michael Twersky, Esq.<br>John Kerrigan, Esq.<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>scarson@bm.net<br>mitwersky@bm.net<br>jkerrigan@bm.net |
| DATED: April 3, 2025 | BY:   */s/ Lee J. Rohn*<br>Lee J. Rohn, Esq.<br>Rhea R. Lawrence, Esq.<br>1108 King Street, Suite 3 (mailing)<br>56 King Street, Third Floor (physical)<br>Christiansted, St. Croix<br>U.S. Virgin Islands 00820<br>Telephone: (340) 778-8855<br>lee@rohnlaw.com<br>rhea@rohnlaw.com<br><br>Counsel for the *Cotton* Plaintiffs |
| DATED: April 3, 2025 | BY:  /s/ *Daniel H. Charest*<br>Warren T. Burns, Esq.<br>Daniel H. Charest., Esq.<br>Martin D. Barrie, Esq.<br>Quinn M. Burns, Esq.<br>Anna Katherine Benedict, Esq.<br>BURNS CHAREST LLP<br>900 Jackson Street, Suite 500<br>Dallas, Texas 75202<br>Telephone: (469) 904-4550<br>wburns@burnscharest.com<br>dcharest@burnscharest.com<br>mbarrie@burnscharest.com<br>qburns@burnscharest.com<br>abenedict@burnscharest.com |

DATED: April 3, 2025               BY:   /s/ Korey A. Nelson
                                         Korey A. Nelson, Esq.
                                         H. Rick Yelton, Esq.
                                         BURNS CHAREST LLP
                                         365 Canal Street, Suite 1170
                                         New Orleans, LA 70130
                                         Telephone: (504) 799-2845
                                         knelson@burnscharest.com
                                         ryelton@burnscharest.com

DATED: April 3, 2025               BY:   /s/ Timothy W. Burns
                                         Timothy W. Burns
                                         BURNS BAIR LLP
                                         10 E. Doty Street, Suite 600
                                         Madison, Wisconsin 53703
                                         Telephone: (608) 286-2302
                                         tburns@burnsbair.com

DATED: April 3, 2025               BY:   /s/ Vincent Colianni II
                                         Vincent Colianni, II, Esq.
                                         Vincent A. Colianni, Esq.
                                         Marina Leonard, Esq.
                                         COLIANNI & LEONARD LLC
                                         2120 Company Street
                                         Christiansted, VI 00820
                                         Telephone: (340) 719-1766
                                         vinny@colianni.com
                                         vince@colianni.com
                                         marina@colianni.com

DATED: April 3, 2025               BY:   /s/ C. Jacob Gower
                                         C. Jacob Gower, Esq.
                                         GOWER LEGAL LLC
                                         1919 Pine Street
                                         New Orleans, LA 70118
                                         Telephone: (337) 298-9734
                                         jacob@gowerlegal.com

                                         Counsel for the *Shirley* Plaintiffs

|  |  |
|---|---|
| DATED: April 3, 2025 | BY: */s/ John K. Dema* <br> John K. Dema, Esq. (V.I. Bar. No. 357) <br> LAW OFFICES OF JOHN K. DEMA, PC <br> 1236 Strand Street, Suite 103 <br> Christiansted, St. Croix, VI 00820 <br> Telephone: (340) 773-6142 <br> jdema@demalaw.com |
| DATED: April 3, 2025 | BY:   */s/ Hugh Lambert* <br> Hugh Lambert, Esq. <br> J. Christopher Zainey, Esq. <br> Brian Mersman, Esq. <br> LAMBERT ZAINEY SMITH & SOSO, APLC <br> 701 Magazine Street <br> New Orleans, Louisiana 70130 <br> Telephone: (504) 581-1750 <br> Facsimile: (504) 529-2931 <br> hlambert@lambertainey.com <br> czainey@lambertzainey.com <br> bmersman@lambertzainey.com |

Counsel for the *Moorhead* Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Court's ECF system on April 3, 2025, which sent notice to counsel of record.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**