## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **CLIFFORD BOYNES, et al.,** | ) | |
| Plaintiffs, | ) | **1:21-cv-00253** |
| v. | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| Defendants. | ) | |
| | ) | |
| **HELEN SHIRLEY, et al.,** | ) | **1:21-cv-00259** |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| Defendants. | ) | |
| | ) | |
| **MARY L. MOORHEAD, et al.,** | ) | **1:21-cv-00260** |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| Defendants. | ) | |
| | ) | |
| **BEECHER COTTON, et al.,** | ) | **1:21-cv-00261** |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| Defendants. | ) | |

### ORDER

On October 14, 2025, the Court conducted a hearing on Plaintiffs' emergency motion [ECF 1461][1] to compel Fermin Rodriguez to appear for deposition. At the hearing, the Court ordered the parties to conduct a meet and confer conference on October 17, 2025 at 9:00 AM, with Plaintiffs'

---

[1] For the corresponding docket number in the consolidated matters, *see* 21-cv-00253, [ECF 1465]; 21-cv-00259, [ECF 1194]; and 21-cv-00260, [ECF 1267].

counsel to initiate the conference. The purpose of the meet and confer was so the parties could select a date for the potential deposition of Mr. Rodriguez, with the parties further instructed to subsequently file a notice with the Court advising of the agreed upon date. The Court, in turn, would then enter an order on the emergency motion. Additionally, the parties were to meet and confer as to mediation, with the parties to agree upon a mediation date and the mediator.

In a notice [ECF 1494][2] filed with the Court today, Plaintiffs' counsel advised that she sent an email to all defense counsel for the purpose of obtaining a date for the deposition of Mr. Rodriguez, as well as to select a date for mediation. According to counsel, none of the Defendants participated in the meet and confer. As a result, Plaintiffs stated that they have noticed the deposition of Mr. Rodriguez for October 30, 2025.

The Court's order from the bench on October 14, 2025 was unequivocal. The parties were to meet and confer at 9:00 AM on October 17, 2025. This clearly did not occur.  Should the parties ignore the Court's orders in the future, they and their counsel can expect an order to show cause why they and/or their counsel should not be held in contempt. Moreover, given the Court's earlier order from the bench, Plaintiffs should not unilaterally schedule the deposition of Mr. Rodriguez prior to the Court entering an order on Plaintiffs' emergency motion related to same, and any such notice is to be disregarded.

The premises considered, it is hereby

**ORDERED** that the parties **SHALL MEET AND CONFER** at <u>**9:00 AM**</u> on <u>**October 20, 2025**</u> via video conferencing, with Plaintiffs' counsel to setup said conference and to forward the invitation to same to all counsel by **no later than 5:00 PM** on **October 17, 2025**.  At the meet and confer, the parties are to agree on a date during the week of October 27, 2025 for the deposition of

---

[2] For the corresponding docket number in the consolidated matters, *see* 21-cv-00253, [ECF 1498]; 21-cv-00259, [ECF 1227]; and 21-cv-00260, [ECF 1300].

Mr. Rodriguez. The parties are further to select several potential dates for mediation, as well as agree upon a mediator. It is further

**ORDERED** that should Plaintiffs have noticed the deposition of Fermin Rodriguez for October 31, 2025, such notice is to be disregarded until such time as the parties have met and conferred and agreed upon a date for said deposition as set forth herein. It is further

**ORDERED** that Plaintiffs shall file a notice with the Court by no later than **5:00 PM** on **October 20, 2025**, advising the Court of the results of the parties' meet and confer to be conducted earlier that same day.

                                                                                  ENTER:

Dated: October 17, 2025                      */s/ G. Alan Teague*
                                                                                  G. ALAN TEAGUE
                                                                                  U.S. MAGISTRATE JUDGE