**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br><br>        *Plaintiffs,*<br><br>    v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>        *Defendants.* | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al.,<br><br>        *Plaintiffs,*<br><br>    v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>        *Defendants.* | Civil Action No. 2021-0259 |
| FRANCIS E. CHARLES, et al.,<br><br>        *Plaintiffs,*<br><br>    v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>        *Defendants.* | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al.,<br><br>        *Plaintiffs,*<br><br>    v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>        *Defendants.* | Civil Action No. 2021-0261 |

1

### NOTICE OF SERVICE OF DEFENDANT
### BP PRODUCTS NORTH AMERICA, INC.'S AMENDMENT
### TO DISCLOSURE OF EXPERT TESTIMONY

Defendant BP Products North America, Inc. ("BPPNA"), through its undersigned counsel, provides notice that on November 6, 2025, BPPNA served an amendment to its August 13, 2025 disclosure of expert testimony on all counsel of record pursuant to Rule 26(a) of the Federal Rules of Civil Procedure.

**Dated: November 6, 2025**        Respectfully submitted,

/s/ Chivonne Thomas

*Counsel for Defendant*      Schuyler A. Smith, Esq. (V.I. Bar No. 1271)
*BP PRODUCTS NORTH*       ssmith@hamiltonmillerlaw.com
*AMERICA INC.*          Jennifer Brooks, Esq. (V.I. Bar No. 1109)
                jmiller@hamiltonmillerlaw.com
                Chivonne Thomas, Esq. (V.I. Bar No. 1186)
                cthomas@hamiltonmillerlaw.com
                Hamilton, Miller & Birthisel, VI P.C.
                150 Southeast Second Avenue, # 1200
                Miami, Florida 33131
                Telephone: 305-379-3686

                    *and*

                Lori B. Leskin (admitted *pro hac vice*)
                lori.leskin@arnoldporter.com
                David A. Kerschner (admitted *pro hac vice*)
                david.kerschner@arnoldporter.com
                Robert T. Franciscovich (admitted *pro hac vice*)
                robert.franciscovich@arnoldporter.com
                ARNOLD & PORTER KAYE SCHOLER LLP
                250 W. 55th Street
                New York, NY 10019-9710
                Telephone: (212) 836-8000

Rhonda R. Trotter (admitted *pro hac vice*)
rhonda.trotter@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
Telephone: (213) 243-4000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2025 a true and correct copy of

the foregoing was served on counsel of record via e-mail.


/s/ *Chivonne Thomas*

Chivonne Thomas, Esq.

3