**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **HELEN SHIRLEY,** *et al* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 1:21-259** |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al* | : | |

\* \* \*

| | | |
|---|---|---|
| **FRANCIS E. CHARLES,** *et al* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 1:21-260** |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al* | : | |

\* \* \*

| | | |
|---|---|---|
| **BEECHER COTTON,** *et al* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 1:21-261** |
| | : | |
| **LIMETREE BAY VENTURES, LLC,** *et al* | : | |

## ORDER

**AND NOW**, this 25th day of March 2026, consistent with our March 23, 2026 Order (ECF 1711 in 1:21-cv-253) directing the filing of all matters under the first filed *Boynes* at No. 1:21-cv-253, and consistent with counsel's consent, it is **ORDERED** the Clerk of Court shall **CLOSE** the above captioned matters while the parties have preserved all claims and defenses in the first filed 1:21-cv-253.

_____
**KEARNEY, J.**